UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CHRISTOPHER MCCROBIE,

                                        Plaintiff,

-against-

PALISADES ACQUISITION XVI, LLC
AND HOUSLANGER & ASSOCIATES, PLLC
AND TODD HOUSLANGER

                                        Defendants.

**NOTICE OF MOTION**

Civil Action No. 15-cv-00018-JTC

        **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Scott E. Wortman, Esq., and annexed Exhibits thereto, supporting Memorandum of Law, and upon the pleadings filed herein, the undersigned attorneys for defendants Palisades Acquisition XVI, LLC ("Palisades"), Houslanger & Associates, PLLC ("Houslanger & Associates") and Todd Houslanger (collectively, "defendants"), shall move, on a date to be set by the Court or as soon thereafter as counsel may be heard, before the Hon. John T. Curtin U.S.D.J. in the United States District Court for the Western District of New York, Niagara Square, Buffalo, New York 14202 for an Order pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure dismissing this action with prejudice, and for other such relief that the Court may deem necessary and proper.

        **PLEASE TAKE FURTHER NOTICE** that in support of the within motion, Defendants shall rely upon the Declaration of Scott E. Wortman, Esq., and Exhibits annexed thereto, Memorandum of Law, together with all pleadings and proceedings to date filed herein, and together with all pleadings and proceedings filed in related matters of public record.

        **PLEASE TAKE FURTHER NOTICE** that, pursuant to L.R.Civ.P. 7(b), if the court does not set a deadline for plaintiff's opposition and defendants' reply by Order, the following

schedule shall apply: Plaintiff shall have fourteen (14) days after service of the motion to file and serve responding papers, and defendants shall have seven (7) days after service of the responding papers to file and serve reply papers.

Dated: New York, NY
      July 28, 2015

      Respectfully submitted,

      /S/ Scott E. Wortman
      Warshaw Burstein, LLP
      By: Scott E. Wortman, Esq.
      555 Fifth Avenue
      New York, NY 10017
      (212) 984-7723
      swortman@wbcsk.com

      **ATTORNEYS FOR DEFENDANTS**

**ON NOTICE TO:**

Seth Andrews
Law Offices of Kenneth Hiller, PPLC
6000 North Bailey Avenue, Suite 1A
Amherst, NY 14226
Email: sandrews@kennethhiller.com

Timothy Hiller
Law Offices of Kenneth Hiller
6000 N. Bailey Avenue, Suite 1A
Amherst, NY 14226
Email: thiller@kennethhiller.com