UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER MCCROBIE,<br><br>          Plaintiff,<br><br>-against-<br><br>PALISADES ACQUISITION XVI, LLC<br>AND HOUSLANGER & ASSOCIATES, PLLC<br>AND TODD HOUSLANGER<br><br>          Defendants. | **DECLARATION OF**<br>**SCOTT E. WORTMAN, ESQ.**<br><br>Civil Action No. 15-cv-00018-JTC |

Scott E. Wortman, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an attorney admitted before this Court and a Partner at Warshaw Burstein, LLP, attorneys for defendants Palisades Acquisition XVI, LLC ("Palisades"), Houslanger & Associates, PLLC ("Houslanger & Associates") and Todd Houslanger (collectively, "defendants").

2. I make this declaration in support of defendants' motion pursuant to Fed R. Civ. P. §§ 12(b)(6) and 12(b)(1) for an Order dismissing this action, with prejudice.

3. Annexed hereto as **Exhibit A** is a copy of *Wade v. Rosenthal*, 2012 U.S. Dist. LEXIS 123182 (E.D.N.Y. Aug. 29, 2012).

4. Annexed hereto as **Exhibit B** is a copy of *Musah v. Houslanger & Assocs., PLLC*, 2012 U.S. Dist. LEXIS 164292 (S.D.N.Y. Nov. 16, 2012).

5. Annexed hereto as **Exhibit C** is a copy of *Strobel v. RJM Acquisitions LLC*, 2014 U.S. Dist. LEXIS 14936 (E.D.N.Y. Feb. 6, 2014).

6. Annexed hereto as **Exhibit D** is a copy of *Richardson v. AllianceOne Receivables Mgmt.*, 2004 U.S. Dist. LEXIS 6943, (S.D.N.Y. Apr. 23, 2004).

7. Annexed hereto as **Exhibit E** is a copy of *Wayee v. Recovery's Unlimited, Inc.* 2009 U.S. Dist. LEXIS 96087, (S.D.N.Y. Oct. 15, 2009).

8. Annexed hereto as **Exhibit F** is a copy of *Hasbrouck v. Arrow Fin. Servs. LLC*, 2011 U.S. Dist. LEXIS 53928 (N.D.N.Y. May 19, 2011).

9. Annexed hereto as **Exhibit G** is a copy of *Klein v. Solomon and Solomon, P.C.,* 2011 U.S. Dist. LEXIS 127606 (D. Conn. 2011).

10. Annexed hereto as **Exhibit H** is a copy of *Walsh v. Law Offices of Howard Lee Schiff, P.C.*, 2012 U.S. Dist. LEXIS 136408 (D. Conn. Sept. 24, 2012).

11. Annexed hereto as **Exhibit I** is a copy of *Allison v. Whitman & Meyers, LLC,* 2015 U.S. Dist. LEXIS 24050 (W.D.N.Y. Feb. 25, 2015).

12. Annexed hereto as **Exhibit J** is a copy of *Ochre LLC v. Rockwell Architecture Planning & Design,* No. 12-CV-2837, 2012 U.S. Dist. LEXIS 172208 (S.D.N.Y. Nov. 28, 2012).

13. Annexed hereto as **Exhibit K** is a copy of the decision Order in *Colonial Credit Corp. v. Beyers* (N.Y. Civ. Ct. 2015), in which the court expressly ordered "the sanctions assessed by order dated February 19, 2015… are cancelled and vacated."

WHEREFORE, the Defendants request that the Court enter an Order dismissing Plaintiff's complaint and all causes of action contained therein as against Defendants, and any such other and further relief that the Court deems necessary and proper.

Dated: New York, NY
July 28, 2015

Respectfully submitted,

/S/ Scott E. Wortman
Warshaw Burstein, LLP
By: Scott E. Wortman, Esq.
555 Fifth Avenue
New York, NY 10017
(212) 984-7723
swortman@wbcsk.com