CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF RICHMOND

COLONIAL CREDIT CORP, a/a/o BALLY'S FITNESS CENTER

Index No.: # 14582/05

                    Claimant,    HON. PHILIP S. STRANIERE

against                         **DECISION/ORDER**

STEPHANIE BEYERS,

                    Defendant.

    The court having received sufficient assurances from counsel involved in this matter and the current owner of the debt, Palisades Collections, LLC, that the matter is in fact a closed file in their records; that the matter has been marked satisfied; and that no collection activities will be undertaken in the future:

    It is Ordered that the sanctions assessed by order dated February 19, 2015 against Palisades Collections LCC; Mann Bracken; Houslanger & Associates, PLLC, and Eltman, Eltman, & Cooper PC, are canceled and vacated.

    The clerk is instructed not to enter any judgment against these entities and to mark the file closed.

    The foregoing constitutes the decision and order of the court.

Dated: 3/30/15
Staten Island, NY

                                        HON. PHILIP S. STRANIERE
                                        Judge, Civil Court

Civil Court of the City of New York
APR - 1 2015
ENTERED
RICHMOND COUNTY

Scanned by CamScanner