UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER MCCROBIE,<br><br>                            Plaintiff,<br>      -against-<br><br>PALISADES ACQUISITION XVI, LLC<br>AND HOUSLANGER & ASSOCIATES, PLLC<br>AND TODD HOUSLANGER<br><br>                           Defendants. | **CERTIFICATE OF SERVICE**<br><br>Civil Action No. 15-cv-00018-JTC |

      I hereby certify that on July 28, 2015, I electronically filed the foregoing **Notice of Motion to Dismiss, Declaration of Scott E. Wortman with Exhibits, and a Memorandum of Law in Support** using the CM/ECF system to the following recipients.

                Seth Andrews
                Law Offices of Kenneth Hiller, PPLC
                6000 North Bailey Avenue, Suite 1A
                Amherst, NY 14226
                Email: sandrews@kennethhiller.com

                Timothy Hiller
                Law Offices of Kenneth Hiller
                6000 N. Bailey Avenue, Suite 1A
                Amherst, NY 14226
                Email: thiller@kennethhiller.com

Dated: New York, NY
         July 28, 2015

                Respectfully submitted,

                /S/ Scott E. Wortman
                Warshaw Burstein, LLP
                By: Scott E. Wortman, Esq.
                555 Fifth Avenue
                New York, NY 10017
                (212) 984-7723
                swortman@wbcsk.com

                **ATTORNEYS FOR DEFENDANTS**

{CERTIFICATE OF SERVICE.1 }