

# 888.271.7109

☰ MENU

# PALISADES COLLECTION, LLC

### CONTACT US NOW

Free legal consultation.

**CONTACT US** 

SEARCH 🔍

# WE DEFEND YOU AGAINST
# PALISADES COLLECTION, LLC

The Langel Firm defends consumers against New York debt collection lawsuits brought by Palisades Collection, LLC. In appropriate cases, we will sue Palisades Collection, LLC for violations of the Fair Debt Collection Practices Act, Fair Credit Reporting Act, and other applicable federal and state-law theories.

Palisades Collection, LLC and its associated debt buyer, Palisades Acquisition XVI, LLC are licensed to collect debts in New York City. They are registered at operating at 210 Sylvan Avenue, Englewood Cliff, New Jersey, 07632.

## STATE COURT CASES

An appellate court dismissed a Palisades credit-card lawsuit for failing to produce admissible

evidence demonstrating its possession of the account at issue. Palisades was unable to produce a witness with knowledge to cure the hearsay problems inherent in its relied-upon electronic records.* Palisades Collection, LLC v. Kekik, 67 AD3d 29 (4th Dept 2009).

After having sued our client at his mother's address where he has not lived at in 10 years, Palisades froze his bank account while residing in California. We immediately attacked the judgment, with particular emphasis on bad service. Palisades failed to appear a traverse hearing, and as a result, the judgment was vacated and the case dismissed. Palisades Acquisition, XVI, LLC v. Darrel B., 116781/08, Queens Civil Court.

Confirming New York law, spouses are not liable for a spouse's debt absent contractual authority, an appellate court ruled. Palisades failed as a matter of law to prove its breach of contract claim and account stated claim.* Palisades Collection Company, LLC v. Velazquez, 27 Misc. 3d 132(A) (N.Y. Sup.App.Term 2010).

## FEDERAL COURT CASES

Palisades was criticized – and its motion to dismiss denied – for filing four jurisdictionally defective lawsuits against an Erie County woman. Judge Skretny rejected Palisades' *bona fide error* defense finding that simply "keeping track of where venue had already been found to be improper" would bar applicability of that defense.* Curto v. Palisades Collection, LLC, 07-529(S), WDNY.

A Brooklyn judge upheld a negligence theory against Palisades Collection, LLC for placing the wrong woman's address in lawsuit papers, which ultimately resulted in a judgment being placed on her credit report resulting in a denial of a student loan. The court identified Palisades' duty to get the information right, to avoid harm to innocent, similarly situated persons.* Lindor v. Palisades Collection, LLC, et al., 2010 NY Slip op 20517.

*We were not the attorneys handling this matter.

# PROTECT YOUR FUTURE

## LET OUR TEAM HELP YOUR CASE

Fill out the information fields below to be contacted by one of our attorneys.

Name:

Email:

Phone:

Phone:

Message:

SUBMIT FORM

# DEBT COLLECTOR LIST

Accounts Retrievable System, LLC

Arrow Financial Services, LLC

Atlantic Credit & Finance, Inc.

Atlantis Asset Recovery, LLC

Asset Acceptance, LLC

CACH, LLC

CACV of Colorado, LLC

Cavalry Portfolio Services, LLC

Centurion Capital Corp.

Cohen & Slamowitz, LLP

Colorado Capital Investments

Credigy Receivables, Inc.

Crown Asset Management, LLC

Cypress Financial Recoveries, LLC

Daniels, Norelli, Scully & Cecere, P.C.

DNS Equity Group, Inc.

Elite Recovery Services, Inc.

Eltman, Eltman & Cooper, P.C.

Erin Capital Management, LLC

Equable Ascent Financial, LLC

Erin Services Co. LLC

Fidelity Information Corporation

First Resolution Investment Corporation

Forster & Garbus, LLP

Fulton Friedman & Gullace, LLP

Galaxy International Purchasing, LLC

Great Seneca Financial Corporation

Harvest Credit Management, LLC

Hilco Receivables, LLC

Houselanger & Associates, PLLC

Gemini Asset Recoveries, Inc.

Independence Receivables Corporation >

Jaffe & Asher LLP >

Jefferson Capital Systems, LLC >

JH Portfolio Debt Equities, LLC >

JST Capital, Inc. >

Kavulich & Associates, P.C. >

Kirschenbaum & Phillips, P.C. >

KMT Enterprises, Inc. >

Libra Equities, LLC >

Linda Strumpf, Esq. >

LR Credit LLC >

LVNV Funding >

Main Street Acquisition Corp. >

Malen & Associates, P.C. >

Marshal Gregg E. Bienstock >

Marshal Martin Bienstock >

Marshal Henry Daly >

Marshal Ronald Moses >

Metro Portfolios, Inc. >

- Marshal Stephen W. Biegel
- Midland Funding
- Mel S. Harris & Associates, LLC
- MSW Florida Capital, LLC
- Mullooly, Jeffrey, Rooney & Flynn, LLP
- NCO Financial Systems, Inc.
- North Star Capital Acquisition, LLC
- NY Financial Services, LLC
- Oliphant Financial, LLC
- **Palisades Collection, LLC**
- Pinnacle Credit Services, LLC
- Pinpoint Technologies, LLC
- Portfolio Investment Exchange, Inc.
- Portfolio Recovery Associates
- Precision Recovery Analytics, Inc.
- Pressler & Pressler, LLP
- PYOD, LLC
- RAB Performance Recoveries, LLC

- Razor Capital, LLC

- Resurgent Capital Services, L.P.

- Rubin & Rothman, LLC

- RJM Acquisitions, LLC

- Rushmore Recoveries, LLC

- Schachter Portnoy, LLC

- Sharinn & Lipshie, P.C.

- Thunderbolt Holdings, LLC

- Troy Capital, LLC

- Unifund CCR, LLC

- Velocity Investments, LLC

- Vion Holdings, LLC

- Winthrop Capital, LLC

- Worldwide Asset Purchasing, LLC

- Zwicker & Associates, P.C.

# WHEN TO CONTACT US

## 11 REASONS TO CONTACT OUR FIRM

LEARN MORE TODAY 

THE

---

NEW YORK CITY DEBT COLLECTION DEFENSE ATTORNEY

CONTACT US

SITE MAP

PRIVACY POLICY

The Langel Firm - New York City Debt Collection Defense Attorney
Located at 225 Broadway, Suite 700 New York, NY 10007.
View Map
Phone: (888) 271-7109
Local Phone: (646) 290-5600
Website: http://www.thelangelfirm.com/
© 2015 All Rights Reserved.
Follow us on:





CALL TODAY
888.271.7109

The information on this website is for general information purposes only. Nothing on this site should be taken as legal advice for any individual case or situation. This information is not intended to create, and receipt or viewing does not constitute, an attorney-client relationship.



# HOUSLANGER & ASSOCIATES

## Get Help from a New York Debt Relief Attorney

If Houslanger & Associates has contacted you about a debt or threatened legal action, including wage garnishments and frozen bank accounts, our team of knowledgeable New York debt relief attorneys at



## 888.605.2705

| CALL TODAY | EMAIL US | OUR MAP | MENU |

have consumer
ward the best
ty Lawyers'
ing unfair debt

orporations, individuals, banks, credit unions, and collection agencies, among others. Houslanger & Associates has a reputation for successfully collecting outstanding debts. In fact, according to the Consumer Credit Association of Metropolitan New York, Inc., for which Todd Houslanger serves as Board President, many firms larger than Houslanger & Associates turn collection cases over to them due to their high rate of return.

However, as a debt collection firm, Houslanger & Associates is also bound by the rules set forth in the Fair Debt Collection Practices Act. Under this law, prohibited actions include contacting a consumer before 8 a.m. or after 9 p.m., using abusive or profane language, using deceptive tactics to collect the debt, and threatening to report false information to credit companies.

## Fighting for Your Rights

If you believe Houslanger & Associates has employed unethical methods to collect a debt from you, your consumer rights may have been violated. Our New York debt relief attorneys have helped defend clients from a number of collection firms like Houslanger & Associates - and we have a lengthy track record of proven results. So, whether you need advice on how to pursue a settlement or need aggressive legal representation in a courtroom, Lebedin Kofman LLP can help you move toward debt relief. We offer our clients a practical and straightforward approach and can give you a clear picture of your legal

and financial options. Contact our firm to schedule your free case evaluation today!

## Are You Being Sued?

We defend against credit card, student loan, and debt lawsuits.

LAWSUIT DEFENSE

## Frozen Bank Account?

Unable to access your money? Find out how our firm can help.

STOP A BANK LEVY

## Dealing with Student Debt?

Get assistance with federal or private student loan default.

STUDENT LOAN HELP

## Wages Garnished?

Our legal team can fight to defend your paycheck against a garnishment.

GET RELIEF NOW

## Free Case Review

Begin your road to recovery today. Send us an email about your financial situation.

Name

Email

Phone

Message

CONTACT OUR FIRM

# Debt Collector Directory

| |
|---|
| AMERICAN EDUCATION SERVICES (AES) |
| ARROW FINANCIAL SERVICES, LLC |
| ARROWOOD INDEMNITY COMPANY |
| ASSET ACCEPTANCE, LLC |
| ATLANTIC CREDIT & FINANCE |
| AUTOVEST LLC |
| BOUDREAU & ASSOCIATES |
| CACH LLC |
| CAPITAL MANAGEMENT SERVICES |
| CAVALRY PORTFOLIO SERVICES |
| CENTURION CAPITAL CORP |
| COHEN & SLAMOWITZ, LLP (SELIP & STYLIANOU LLP) |
| DANIELS NORELLI SCULLY & CECERE, P.C. |
| DEILY, MOONEY & GLASTETTER, LLP |
| EICHENBAUM & STYLIANOU, LLC |

| |
|---|
| ELTMAN, ELTMAN & COOPER, P.C. |
| FEIN, SUCH, KAHN & SHEPARD PC |
| FIRST RESOLUTION INVESTMENT CORP. |
| FORSTER & GARBUS, LLP |
| FULTON FRIEDMAN & GULLACE |
| HOUSLANGER & ASSOCIATES ▶ |
| JAFFE & ASHER, LLP |
| JOSEPH SUSSMAN, PC |
| KAZLOW & KAZLOW |
| KEY BANK |
| KIRSCHENBAUM, PHILLIPS & ROACH, P.C. |
| LACY KATZEN LLP |
| LR CREDIT, LLC |
| LVNV FUNDING, LLC |
| LYONS, DOUGHTY & VELDHUIS P.C. |
| MALEN & ASSOCIATES |
| MBI ASSOCIATES, INC. |
| MCNAMEE, LOCHNER, TITUS & WILLIAMS |
| MEL S. HARRIS & ASSOCIATES, LLC |
| MEYERS, SAXON & COLE |
| MIDLAND CREDIT MANAGEMENT |
| MIDLAND FUNDING OF DELAWARE, LLC |
| MIDLAND FUNDING, LLC |
| MSW FLORIDA CAPITAL LLC |

| |
|---|
| MORGAN, BORNSTEIN & MORGAN |
| MULLEN & IANNARONE, P.C. |
| MULLOOLY, JEFFREY, ROONEY & FLYNN, LLP |
| NATIONAL COLLEGIATE STUDENT LOAN TRUST |
| NATIONAL ENTERPRISE SYSTEMS |
| NCO FINANCIAL SYSTEMS, INC. |
| NORTHERN LEASING SYSTEM |
| PALISADES COLLECTION |
| PAUL MICHAEL MARKETING |
| PINPOINT TECHNOLOGIES LLC |
| PORTFOLIO RECOVERY ASSOCIATES |
| PRESSLER AND PRESSLER, LLP |
| RAB PERFORMANCE RECOVERIES, LLC |
| RAZOR CAPITAL |
| RESURGENT CAPITAL SERVICES |
| RJM ACQUISITION |
| RICHARD KLASS ESQ. |
| RUBIN & ROTHMAN, LLC |
| RUSHMORE RECOVERIES |
| SALLIE MAE, INC |
| SHACTER & PORTNOY, L.L.C. |
| SHARRIN & LIPSHIE |
| SLM STUDENT LOAN TRUST |
| SMITH CARROAD LEVY & WAN |
| SLATER, TENAGLIA, FRITZ & HUNT |

| |
|---|
| SOLOMON AND SOLOMON, P.C. |
| STARK & STARK |
| STEIN & STEIN PC |
| STEPHEN EINSTEIN & ASSOCIATES |
| TERI |
| THE LAW OFFICE OF KEVIN Z. SHINE, PLLC |
| UNIFUND CCR PARTNERS |
| WELTMAN, WEINBERG AND REIS CO. |
| WINDHAM PROFESSIONALS |
| ZWICKER & ASSOCIATES, P.C. |

# LEBEDIN KOFMAN LLP

New York City Debt Relief Attorney
Located at: 26 Broadway,
Suite 2100,
New York, NY 10004
View Map
Phone: 888.605.2705
Local Phone: (212) 500-3273
Website: http://www.nycdebtlawyers.com/
© 2015 All Rights Reserved.

## FOLLOW US ON:

FACEBOOK

GOOGLE+

TWITTER

 YELP



The information on this website is for general information purposes only. Nothing on this site should be taken as legal advice for any individual case or situation. This information is not intended to create, and receipt or viewing does not constitute, an attorney-client relationship.