UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTOPHER MCCROBIE,

                                        Plaintiff,

v.                                                                1:15-cv-00018-JTC

PALISADES ACQUISITION XVI, LLC;
HOUSLANGER & ASSOCIATES, PLLC;
TODD HAUSLANGER

                                        Defendants.

_____

## NOTICE OF MOTION TO EXCEED PAGE LIMIT NUNC PRO TUNC

      Plaintiff recently filed his First Motion to Amend his First Amended Complaint. (Dkt #19). The memorandum in support of that filing was 32 pages. The local rules indicate that memoranda in support of motions should not be longer than 25 pages absent a court order. As such, and upon the annexed affidavit, Plaintiff hereby moves for this court to enter an order deeming the page limit to be 32 pages, *nunc pro tunc*.

                                                   Respectfully submitted,

                                                 /s/ Timothy Hiller

                                                 _____
                                                 Timothy Hiller, Esq.
                                                 Law Offices of Kenneth Hiller, PLLC
                                                 Attorneys for Plaintiff
                                                 6000 N. Bailey Avenue, Suite 1A
                                                 Amherst, New York 14226
                                                 (716) 564-3288
                                                 thiller@kennethhiller.com