UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

CHRISTOPHER MCCROBIE

                                Plaintiff,

    v.                                            Civil Action No. 1:15-cv-0018

PALISADES ACQUISITION XVI, LLC AND
HOUSLANGER & ASSOCIATES, PLLC AND
TODD HOUSLANGER

                                Defendants.
―――――――――――――――――――――――――――
,

**NOTICE OF MOTION FOR LEAVE TO CITE ADDITIONAL AUTHORITY**

    PLEASE TAKE NOTICE that upon Plaintiff's Memorandum of Law, and the affirmation of Kenneth R. Hiller, both of which are annexed hereto, Plaintiff Christopher McCrobie will move this Court at a date and time to be set by the court, for an order granting Plaintiff leave to cite the case of *Baltazar v. Houslanger & Associates, PLLC*, 2018 WL 3941943 (E.D.N.Y. August 16, 2018), *Report and Recommendation adopted by* 2018 WL 4781143 (E.D.N.Y. September 30, 2018). as additional authority in support of Plaintiff's motion to amend its complaint.

Dated:  December 20, 2018

                                                     /s/Timothy Hiller_____
                                                     Timothy Hiller, Esq.
                                                     Law Offices of Kenneth Hiller PLLC
                                                     *Attorneys for the Plaintiffs*
                                                     6000 North Bailey Avenue, Ste. 1A
                                                     Amherst, NY 14226
                                                     (716) 564-3288
                                                     Email: thiller@kennethhiller.com