

Glenn M. Fjermedal
Partner

March 14, 2019

**VIA ECF**
Hon. Michael J. Roemer
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

      Re:    McCrobie v. Palisades Acquisition XVI, LLC et al
                WDNY 15-cv-00018-JTC

Dear Judge Roemer:

  Our office represents Defendants Houslanger & Associates, PLLC and Todd Houslanger in the above-referenced matter. This letter serves as a joint request to extend the supplemental briefing deadlines issued in Your Honor's March 12, 2019 Scheduling Notice Order for one-month due to various scheduling conflicts. (Docket Nos. 81 and 83). Defendants' Opposition would be due by April 25, 2019; Plaintiff's Reply would be due May 10, 2019 and the hearing set for a date and time convenient for Your Honor. All parties have consented to this request. I thank you in advance for Your Honor's consideration.

                          Respectfully Submitted,

                          DAVIDSON FINK LLP

                          /s/: Glenn M. Fjermedal

                          Glenn M. Fjermedal

cc:    Timothy Hiller, Esq.        **via ECF and E-mail**
        Seth Andrews, Esq.        **via ECF and E-mail**
        Brian Bromberg, Esq.      **via ECF and E-mail**
        Scott E. Wortman, Esq.    **via ECF and E-mail**

GMF/tf