**Exhibit A**

cv-7295/06



# COUNTY COURT

ERIE COUNTY
25 Delaware Avenue, Part 10
Buffalo, NY 14202

**HON. JAMES F. BARGNESI**
COUNTY JUDGE

716-845-2186
Fax: 845-7504
E-mail: kmaley@nycourts.gov

September 7, 2018

RECEIVED
BUFFALO CITY COURT
2018 SEP 10 AM 10:07

Seth J. Andrews, Esq.
6000 Bailey Avenue
Amherst, New York 14226

Todd Hauslinger, Esq.
37 New York Avenue
Huntington, New York 11743

Re:  *Centurion Capital Corporation v. Christopher McCrobie*
     Appeal No.: NA2017/700030

Dear Counselors:

With reference to the above-captioned matter, enclosed please find the Order of Justice James F. Bargnesi, J.C.C., signed on September 5, 2018. The original will be filed in the Erie County Clerk's Office.

Thank you.

Very truly yours,

Shannon Burke, Secretary to
Hon. James F. Bargnesi

Encl.

cc:    Buffalo City Court

PRESENT: HON. JAMES F. BARGNESI, J.C.C.

STATE OF NEW YORK : COUNTY OF ERIE
COUNTY OF ERIE : APPELLATE TERM

---

Centurion Capital Corporation,

    Plaintiff/Respondent

vs.

**ORDER**
Appeal No.: NA2017/700030

Christopher McCrobie,

    Defendant/Appellant

---

  Upon appellant, Christopher McCrobie,'s Notice of Appeal filed on June 23, 2017, seeking reversal of a judgment of Buffalo City Court, (Calvo, J), entered on or about May 23, 2017, and

  Upon appellant, Christopher McCrobie,'s Notice of Motion filed on March 23, 2018 seeking and extension of sixty (60) days to perfect this Appeal and

  Said motion was heard on May 18, 2018, after which the Court granted an extension of ninety (90) days from the Order date to perfect;

  Now as of September 5, 2018, it appearing to the satisfaction of this Court that the appellant has failed to perfect said appeal for a period of over fourteen (14) months including the ninety (90) day extension granted by this Court, which expired on or about August 20, 2018, and this matter was heard on the Court's own motion on September 5, 2018 and upon due deliberation, it is hereby:

  ***ORDERED,*** that said appeal is *dismissed* for a failure to timely perfect same.

**Dated:**  Buffalo, New York
    September 5, 2018

             _____
             JAMES F. BARGNESI, J.C.C.

RECEIVED BUFFALO CITY COURT 2018 SEP 10 AM 10: 07