# Exhibit A

CONSUMER CREDIT TRANSACTION

BUFFALO CITY COURT
COUNTY OF ERIE
STATE OF NEW YORK

**607295**

---

CENTURION CAPITAL CORPORATION

ASSIGNEE OF PROVIDIAN FINANCIAL
700 KING FARM BLVD
SUITE 507
ROCKVILLE MD 20850                                    SUMMONS
                        Plaintiff

-against-

CHRISTOPHER MCCROBIE
16 SUMMIT ST
LANCASTER NY  14086

                        Defendant(s)

---

TO THE ABOVE NAMED DEFENDANT(S):

   YOU ARE HEREBY SUMMONED and required to appear in the City Court located at
50 DELAWARE AVE

BUFFALO            NY  142020000, in the City of BUFFALO           , County of
ERIE          , and State of New York, by serving an answer* to the annexed
complaint upon Plaintiff's attorney at the address stated below, or if there is no
attorney, upon the Plaintiff at address stated above, within the time provided by law
as noted below; upon your failure to so answer, judgment will be taken against you
for the relief demanded in the complaint, together with the costs this action.

   Venue is based on the residence of the parties.

Dated:  08/02/06

                        By: _____
                            Allen D. Friedman / Patricia A. Blair / Maria J. Reed
                            Christa L. Muratore / Sandra H. Chung
                            Wolpoff & Abramson, L.L.P.
                            Attorneys in the Practice of Debt Collection
                            Attorneys for Plaintiff
                            300 Canal View Blvd., 3rd Fl., Rochester, NY  14623
                            Telephone: 1-866-241-1458 Court Inq: 1-585-413-4020

NOTE:  The law provides that:

   1.  If this summons is served by its delivery to you personally within the County
of ERIE          , you must answer within 10 days after such service; or

   2.  If this summons is served by delivery to any person other than you personally,
or is served outside the County of ERIE           , or by publication, or by any
means other than personal delivery to you within the County of ERIE          , you
are allowed 30 days after service is complete within which to answer.

*You need not physically go to the court to serve an answer.

NYUSUM/NYUNNS    W&A FILE NO. 157430917

BUFFALO CITY COURT
COUNTY OF ERIE
STATE OF NEW YORK

---

CENTURION CAPITAL CORPORATION

ASSIGNEE OF PROVIDIAN FINANCIAL
700 KING FARM BLVD
SUITE 507
ROCKVILLE MD 20850                                      COMPLAINT
                          Plaintiff

-against-

CHRISTOPHER MCCROBIE
16 SUMMIT ST
LANCASTER NY   14086

                          Defendant(s)

---

The Plaintiff for a complaint against Defendant(s) alleges upon information and belief:
    1.   That at all times relevant to this action, the Plaintiff was and still is
A MARYLAND CORPORATION                                    , having an office and place for the
regular transaction of business at the address set forth above.
    2.   Upon information and belief, at the time of the commencement of this action
the Defendant(s) resided at the address in the caption of this action in the County
of ERIE              and State of New York.

AS AND FOR A FIRST CAUSE OF ACTION:

    3.   That the Defendant(s) entered into a Credit Card Agreement, account number
4559909723108717         with                                                              ,
wherein credit was extended to Defendant(s) and Defendant(s) agreed to repay any
monies advanced.
    4.   During the past six years, pursuant to said agreement, Defendant(s) or
persons authorized by the Defendant(s) incurred indebtedness through the use of one
or more credit cards issued in the name of Defendant(s) under said agreement.
    5.   Plaintiff has purchased said account for value and is now the owner thereof.
    6.   That Defendant(s) has defaulted in Defendant's obligation under said
agreement and there is now justly due and owing to the Plaintiff from the Defendant(s)
as a result of said default the sum of $    780.12.

AS AND FOR A SECOND CAUSE OF ACTION:

    7.   That prior to the commencement of this action Plaintiff and/or its
predecessor on numerous occasions and on a monthly basis rendered statements of said
claim to the Defendant(s) which the Defendant(s) accepted and retained
without objection.
    WHEREFORE, Plaintiff demands judgment against the Defendant(s) for the sum of
$    780.12 with interest from JUDGMENT    together with the costs and disbursements
of this action.

Dated:   08/02/06

                              By:_____
                              Allen D. Friedman / Patricia A. Blair / Maria J. Reed
                              Christa L. Muratore / Sandra H. Chung
                              Wolpoff & Abramson, L.L.P.
                              Attorneys in the Practice of Debt Collection
                              Attorneys for Plaintiff
                              300 Canal View Blvd., 3rd Fl., Rochester, NY  14623
                              Telephone: 1-866-241-1458 Court Inq: 1-585-413-4020

NYUDR/NYUNNS      W&A FILE NO   157430917

VERIFICATION

STATE OF MARYLAND )
COUNTY OF MONTGOMERY ) SS.:

Beverly Berry, being duly sworn, deposes and says:

I am the ASSISTANT VICE PRESIDENT of the plaintiff herein, CENTURION CAPITAL CORPORATION, I have read the foregoing complaint and know the contents thereof; the same is true to my knowledge, except as to the matters therein states to be alleged upon information and belief and as to those matters I believe it to be true. The books and records maintained by plaintiff are the source of deponent's information and belief.

_____ Beverly Berry

Sworn to before me this

3 day of Aug , 2006.

_____
Notary Public

Peony Charles
Notary Public-Maryland
Prince Georges County
My Comm. Exp. Aug. 18, 2009