# Exhibit B

ATTORNEY    WA        157430917

| | |
|---|---|
| **BUFFALO CITY COURT** | **INDEX #** G07295/06 |
| **ERIE COUNTY** | **D/O/F** 8/10/2006 |

**CENTURION CAPITAL CORPORATION ASSIGNEE OF PROVIDIAN FINANCIAL**

*PLAINTIFF/PETITIONER*

**AFFIDAVIT OF SERVICE**

**CHRISTOPHER MCCROBIE**

*DEFENDANT/RESPONDENT*

Erie County, New York State;    **ROXANNE EDMISTON**    being sworn,
says: Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

on **10/20/2006** at **11:40 AM** at **1201 HERTEL AVE., UPPER REAR, BUFFALO, NY 14216**
Deponent served the within **SUMMONS AND COMPLAINT**

On **CHRISTOPHER MCCROBIE**    DEFENDANT
(Herein after called the recipient) therein named.

### AFFIXING TO DOOR

By affixing a true copy of each to the door of said premesis which is defendants actual place of residence
Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

**10/12/06 @ 7:08 PM**    **10/17/06 @ 7:49 AM**    **10/20/06 @ 11:40 AM**

### MAILING

Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence at
**1201 HERTEL AVE., UPPER REAR, BUFFALO, NY 14216**    On    **10/26/2006**
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

*The defendant was served with a copy of the summons and complaint which had the index number and the date of filing endorsed thereon.*

VERIFICATION THAT ADDRESS IS GOOD:    NAME ON MAILBOX

Upon information and belief defendant is not in the military service of the United States or the State of New York.

Sworn to before me on    Thursday, October 26, 2006

Jillina A. Kwiatkowski
Notary Public - State of New York
Qualified in Erie County
Reg. # 01KW6057316
My Commission Expires 04/16/07

Roxanne Edmiston
ROXANNE EDMISTON
AFF. # 75289

| | | |
|---|---|---|
| ATTORNEY WA | 157430917 | |
| BUFFALO CITY COURT | RECEIVED BUFFALO CITY COURT | INDEX # G07295/06 |
| ERIE COUNTY | 2006 OCT 27 PM 12: 17 | D/O/F 8/10/2006 |

CENTURION CAPITAL CORPORATION ASSIGNEE OF PROVIDIAN FINANCIAL

*PLAINTIFF/PETITIONER*

**AFFIDAVIT OF SERVICE**

**CHRISTOPHER MCCROBIE**

*DEFENDANT/RESPONDENT*

Erie County, New York State; **ROXANNE EDMISTON** being sworn,
says: Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.
on **10/20/2006** at **11:40 AM** at **1201 HERTEL AVE., UPPER REAR, BUFFALO, NY 14216**
Deponent served the within **SUMMONS AND COMPLAINT**

On **CHRISTOPHER MCCROBIE**    DEFENDANT
(Herein after called the recipient) therein named.

## AFFIXING TO DOOR

By affixing a true copy of each to the door of said premesis which is defendants actual place of residence
Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

**10/12/06 @ 7:08 PM**    **10/17/06 @ 7:49 AM**    **10/20/06 @ 11:40 AM**

## MAILING

Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence at
**1201 HERTEL AVE., UPPER REAR, BUFFALO, NY 14216**    On    **10/26/2006**
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

*The defendant was served with a copy of the summons and complaint which had the index number and the date of filing endorsed thereon.*

**VERIFICATION THAT ADDRESS IS GOOD:**    **NAME ON MAILBOX**

Upon information and belief defendant is not in the military service of the United States or the State of New York.

Sworn to before me on    **Thursday, October 26, 2006**

Jillina A. Kwiatkowski
Notary Public - State of New York
Qualified in Erie County
Reg. # 01KW6057316
My Commission Expires 04/16/07

ROXANNE EDMISTON
AFF. # 75289