# Exhibit C

BUFFALO CITY COURT
COUNTY OF ERIE
STATE OF NEW YORK                                          Index no. G07295/06

---

CENTURION CAPITAL CORPORATION
ASSIGNEE OF PROVIDIAN FINANCIAL
700 KING FARM BLVD.
SUITE 503
ROCKVILLE, MD 20850

                              **Plaintiff,**

-against-

CHRISTOPHER MCCROBIE
1201 HERTEL AVE
UPPER REAR
BUFFALO, NY 14216

                              **Defendant(s).**

---

### AFFIRMATION IN SUPPORT
### OF FILING DEFAULT JUDGMENT

Allen D. Friedman, Esq./Patricia A. Blair, Esq./Christa L. Muratore, Esq./Maria J. Reed, Esq./Fatimat O. Balogun, Esq., as attorney for Plaintiff, affirms as follows:

1. I am the attorney for Plaintiff in this action and as such, I am familiar with the facts of this case. I make this affirmation in support of Plaintiff's application for a default judgment.

2. This is an action to recover the balance due from Defendant to Plaintiff resulting from Defendant's use of a credit card.

3. On August 10, 2006, my office commenced suit on behalf of Plaintiff against Defendant by filing a summons and complaint with the Buffalo City Court.

4. That said summons and complaint listed Defendant's address as 16 SUMMIT ST, `, LANCASTER, NY 14086.

5. That thereafter said pleading was sent to our process server to effectuate service upon Defendant.

6. That while attempting to effectuate service, Plaintiff's process server discovered that Defendant did not reside at 16 SUMMIT ST, `, LANCASTER, NY 14086 and that according to current resident, Defendant is unknown.

7. That deponent's office utilized available skip tracing tools including online resources and credit reports to ascertain a new home address for Defendant of 1201 HERTEL AVE, UPPER REAR, BUFFALO, NY 14216.

RECEIVED
BUFFALO CITY COURT
2017 MAR -8 PM 3:13

8. That the process server proceeded to 1201 HERTEL AVE, UPPER REAR, BUFFALO, NY 14216 and made contact with an adult of suitable age and discretion thereat who confirmed that Defendant did reside at 1201 HERTEL AVE, UPPER REAR, BUFFALO, NY 14216.

9. That said process server thereafter effectuated service upon Defendant by Substitute Service at 1201 HERTEL AVE, UPPER REAR, BUFFALO, NY 14216.

10. That deponent's office was advised that in order to proceed with entry of a default judgment an affirmation confirming the address discrepancy and re-direction was required.

**Wherefore**, Plaintiff requests leave to proceed with Plaintiff's application for a default judgment.

Dated: February 28, 2007

Allen D. Friedman, Esq.
Patricia A. Blair, Esq.
Christa L. Muratore, Esq.
Maria J. Reed, Esq.
Fatimat O. Balogun, Esq.
Wolpoff & Abramson, L.L.P.
Attorneys for Plaintiff
300 Canal View Blvd., Third Floor
Rochester, New York 14623
(585) 413-4020

W&A File Number: 157430917

RECEIVED
BUFFALO CITY COURT
2007 MAR -8 PM 3:13

| | | | |
|---|---|---|---|
| ATTORNEY | WA | 157430917 | |

| | |
|---|---|
| BUFFALO CITY COURT | INDEX # G07295/06 |
| ERIE COUNTY | D/O/F 8/10/2006 |

RECEIVED
BUFFALO CITY COURT
2006 OCT 27 PM 12:17

CENTURION CAPITAL CORPORATION ASSIGNEE OF PROVIDIAN FINANCIAL

*PLAINTIFF·PETITIONER*

**AFFIDAVIT OF SERVICE**

**CHRISTOPHER MCCROBIE**

*DEFENDANT·RESPONDENT*

Erie County, New York State; **ROXANNE EDMISTON** being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

on **10/20/2006** at **11:40 AM** at **1201 HERTEL AVE., UPPER REAR, BUFFALO, NY 14216**
Deponent served the within **SUMMONS AND COMPLAINT**

On **CHRISTOPHER MCCROBIE**   DEFENDANT
(Herein after called the recipient) therein named.

### AFFIXING TO DOOR

By affixing a true copy of each to the door of said premesis which is defendants actual place of residence
Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

**10/12/06 @ 7:08 PM**     **10/17/06 @ 7:49 AM**     **10/20/06 @ 11:40 AM**

### MAILING

Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence at
**1201 HERTEL AVE., UPPER REAR, BUFFALO, NY 14216**     On   **10/26/2006**
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

*The defendant was served with a copy of the summons and complaint which had the index number and the date of filing endorsed thereon.*

**VERIFICATION THAT ADDRESS IS GOOD:**     **NAME ON MAILBOX**

Upon information and belief defendant is not in the military service of the United States or the State of New York.

Sworn to before me on     **Thursday, October 26, 2006**

*Jillina A. Kwiatkowski*
Notary Public - State of New York
Qualified in Erie County
Reg. # 01KW6057316
My Commission Expires 04/16/07

*Roxanne Edmiston*
ROXANNE EDMISTON
AFF. # 75289