# Exhibit D

**BUFFALO CITY COURT**
**COUNTY OF ERIE**
**STATE OF NEW YORK**

Index # G07295/06

| **CENTURION CAPITAL CORPORATION** | **CHRISTOPHER MCCROBIE** |
| **ASSIGNEE OF PROVIDIAN FINANCIAL** | **1201 HERTEL AVE** |
| **700 KING FARM BLVD.** | **UPPER REAR** |
| **SUITE 503** | **BUFFALO, NY 14216** |
| **ROCKVILLE, MD 20850** | |
| Plaintiff | V.   Defendant(s) |

## AFFIRMATION OF REGULARITY AND DEFAULT JUDGMENT

The undersigned, attorney-at-law of the State of New York and attorney of record for the Plaintiff herein affirms under penalties of perjury:

1. The summons and verified complaint in this action was:
   ( X ) served by substitute service on the Defendant, CHRISTOPHER MCCROBIE, on October 20, 2006 with the affidavit of service filed with the clerk on October 27, 2006.
2. The additional notice requirements as set forth in CPLR 3215(g) (3) have been complied with.
3. The time of the Defendant(s) to appear or answer has expired and the Defendant(s) has not appeared or answered herein.
4. The sums sought and the disbursements set forth below are true and accurate. The disbursements have been or will be made accurate. The disbursements have been or will necessarily be made or incurred herein and are reasonable in amount.

| AMOUNT CLAIMED IN COMPLAINT $780.12 | | $780.12 |
|---|---|---|
| INTEREST at 0% from February 28, 2007 to February 28, 2007 | | $0.00 |
| **SUBTOTAL** | | **$780.12** |
| COSTS BY STATUTE | $20.00 | |
| INDEX NUMBER FEE | $45.00 | |
| TRANSCRIPTS AND DOCKETING | $16.00 | |
| SERVICE OF SUMMONS & COMPLAINT | $35.00 | |
| POSTAGE | $0.00 | |
| SHERIFF'S FEES ON EXECUTION | $86.00 | |
| **TOTAL COSTS** | **$202.00** | |
| **TOTAL JUDGMENT AMOUNT** | | **$982.12** |

5. Wherefore, it is required that judgment be entered accordingly.

Dated: February 28, 2007

Allen D. Friedman, Esq./Patricia A. Blair, Esq.
Christa L. Muratore, Esq./Maria J. Reed, Esq.
Fatimat O. Balogun, Esq.

Now on motion of Wolpoff & Abramson, L.L.P. an attorney for Plaintiff, 300 Canal View Blvd., 3rd Floor, Rochester, New York, it is adjudged that Plaintiff, CENTURION CAPITAL CORPORATION ASSIGNEE OF PROVIDIAN FINANCIAL at 700 KING FARM BLVD, SUITE 503, ROCKVILLE, MD 20850 do recover of the Defendant(s) **CHRISTOPHER MCCROBIE**, herein residing at 1201 HERTEL AVE, UPPER REAR, BUFFALO, NY 14216, the sum of $780.12 with interest of $0.00, together with costs and disbursements of $202.00, amounting in all to the sum of **$982.12** and that the Plaintiff have execution therefore.

MAR - 9 2007

Sharon Thomas
Clerk

W&A# 157430917