# Exhibit F

CITY COURT OF BUFFALO
ERIE COUNTY
---------------------------------------------------------------X

CENTURION CAPITAL CORPORATION

                                 Plaintiff(s)

- against -

CHRISTOPHER MCCROBIE
15068776

                                 Defendant(s).
---------------------------------------------------------------X

Index no: G07295/06

CONSENT TO
CHANGE
ATTORNEY

Client ref #

      IT IS HEREBY CONSENTED THAT, Houslanger & Associates, PLLC, with offices located at 372 New York Avenue, Huntington, NY 11743 (631) 427-1140 file #168100 be substituted as attorney(s) of record for the Plaintiff/Judgment Creditor in the above entitled action in place and stead of the undersigned attorney(s) as of the dated thereof:

Dated:

*Cheryl E. Rose*
_____
Outgoing Attorney – _____

CHERYL E. ROSE, ESQ RECEIVER MANN BRACKEN
. as agent
for WOLPOFF & ABRAMSON
GAITHERSBURG, MD 20878
12154 Darnestown Rd, BOX 623

_____
Incoming Attorney - Todd E. Houslanger, Esq.
Houslanger & Associates, PLLC
P.O. Box 742
Katonah, NY 10549
(914) 666-8100

_____
CURRENT CREDITOR

Palisades Acquisition XVI as successor to CENTURION CAPITAL CORPORATION- 9341284

UNIFORM ACKNOWLEDGEMENT

State of **New Jersey**
County of **Bergen**  } ss:

    On the 12th day of December in the year 2012 before me, the undersigned, a Notary Public in and for said State, personally appeared Susan Kohn, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that my his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Sworn to before me on 12/12/2012

JUDITH JOSEPH STONE
NOTARY PUBLIC STATE OF NEW JERSEY
MY COMMISSION EXPIRES JAN 20 2017

2013 JAN -2 AM 11:02

BUFFALO