# Exhibit M

CIVIL COURT OF THE STATE OF NEW YORK
BUFFALO CITY COURT: COUNTY OF ERIE
-------------------------------------------------------------------X
CENTURION CAPITAL CORPORATION            Index No.: CV-007295-06/BU

                                Plaintiff,   NOTICE OF ENTRY
                                             OF A DECISION
                       -*against*-

CHRISTOPHER MCCROBIE

                                Defendant.
-------------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that the within is a true copy of a Decision of the Honorable Barbara Johnson-Lee, entered by the Civil Court of the State of New York, County of Buffalo, entered on the 6th day of October, 2016.

Dated: October 21, 2016
         Huntington, New York

Yours, etc.

HOUSLANGER & ASSOCIATES, PLLC

_____
**Todd E. Houslanger, Esq.**
**HOUSLANGER & ASSOCIATES, PLLC**
*Attorneys for*
**PALISADES COLLECTION, LLC**
*Successor to Plaintiff*
**CENTURION CAPITAL CORPORATION**
**AAO PROVIDIAN FINANCIAL CORP.**
*372 New York Avenue*
*Huntington, New York 11743*
*(631) 427-1140*
*(631) 427-1143 Fax*
**Our File No.: 168100**

TO:    **SETH ANDREWS, ESQ.**
        **Law Offices of Kenneth Hiller**
        **6000 North Bailey Ave, Suite 1A**
        **Amherst, NY 14226**



STATE OF NEW YORK
BUFFALO CITY COURT : COUNTY OF ERIE

---

CENTURION CAPITAL CORPORATION,

        Plaintiff,

-vs-  
**CHRISTOPHER MCCROBIE,**

        Defendant.

Index No. 007295-06

**ORDER**

---

It appearing that the Court's Memorandum and Order dated February 2, 2016 and granted on February 2, 2016 was signed by the undersigned in error, it is accordingly

ORDERED, ADJUDGED AND DECREED that said Memorandum and Order be and the same hereby is VACATED in all respects.

                                              Hon. Barbara Johnson-Lee  
                                              Buffalo City Court Judge

Dated: Buffalo, New York  
       October 6, 2016

CIVIL COURT OF THE STATE OF NEW YORK
BUFFALO CITY COURT: COUNTY OF ERIE
---------------------------------------------------------------X

CENTURION CAPITAL CORPORATION          Index No.: CV-007295-06/BU

Plaintiff,

-against-

CHRISTOPHER MCCROBIE

Defendant.
---------------------------------------------------------------X

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   ]
                    ] ss.:
COUNTY OF SUFFOLK   ]

**Sandy Lynn Riefberg** deposes and says:

Deponent is not a party to this action is over 18 years of age and resides in Huntington, NY 11743.

On the 21st day of **October 2016**, deponent served the within

**NOTICE OF ENTRY OF A DECISION**

Upon the following attorney:

TO:   **SETH ANDREWS, ESQ.**
      **Law Offices of Kenneth Hiller**
      **6000 North Bailey Ave, Suite 1A**
      **Amherst, NY 14226**

the address designated by said person for that purpose by depositing a true copy of same, enclosed in a first class regular mail wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

                                              Sandy Lynn Riefberg

*Sworn to before me this*
21st *day of* **October, 2016**

NOTARY PUBLIC

BRYAN C. BRYKS
Notary Public-State of New York
No. 01BR6182323
Qualified in Queens County
My Commission Expires February 25, 2020

[stamp: RECEIVED BUFFALO CITY COURT 2016 OCT 27 PM 1:28]

Index No.: CV-007295-06/BU

CIVIL COURT OF THE STATE OF NEW YORK
BUFFALO CITY COURT: COUNTY OF ERIE
------------------------------------------------------------------X
CENTURION CAPITAL CORPORATION

Plaintiff,

-*against*-

CHRISTOPHER MCCROBIE,

Defendant.

---

NOTICE OF ENTRY OF A DECISION

---

HOUSLANGER & ASSOCIATES, PLLC
*Attorney for Plaintiff/Judgment Creditor*

372 New York Avenue
Huntington, NY 11743
Tel. (631) 427-1140
Fax. (631) 427-1143
Our File No.: 168100

**Service of a copy of the within is hereby admitted**

Dated:

To:

Attorney(s) for

*[Stamp: 2016 OCT 27 PM 1:27 BUFFALO CITY COURT RECEIVED]*