# Exhibit O

CITY COURT OF BUFFALO
COUNTY OF ERIE

---------------------------------------------------------------X

CENTURION CAPITAL CORPORATION
ASSIGNEE OF PROVIDIAN FINANCIAL,

Index No.: CV-007295-06/BU

               Plaintiff,

NOTICE OF ENTRY

against

CHRISTOPHER MCCROBIE,

               Defendant.

---------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the within is a true copy of an Order signed by the Honorable Betty Calvo-Torres, on the 26th day of April 2018.

Dated: May 22, 2018
      Huntington, New York

                            Yours, etc.

                            HOUSLANGER & ASSOCIATES, PLLC

                            _[signature]_

                            Todd E. Houslanger, Esq.
                            HOUSLANGER & ASSOCIATES, PLLC
                            *Attorneys for Current Judgment Creditor*
                            PALISADES ACQUISITION XVI, LLC
                            *Successor to Plaintiff*
                            CENTURION CAPITAL CORPORATION
                            AAO PROVIDIAN FINANCIAL
                            *372 New York Avenue*
                            *Huntington, NY 11743*
                            (631) 427-1140
                            (631) 427-1143 Fax
                            Our File No.: 168100

TO:   SETH J. ANDREWS, ESQ.
       LAW OFFICES OF KENNETH HILLER, PLLC
       *Attorney for Defendant/Judgment Debtor*
       6000 NORTH BAILEY AVENUE, SUITE 1A
       AMHERST, NY 14226

CITY COURT OF BUFFALO
COUNTY OF ERIE
-------------------------------------------------------------X
CENTURION CAPITAL CORPORATION          Index No.: CV-007295-06/BU
ASSIGNEE OF PROVIDIAN FINANCIAL,

                                  Plaintiff,

                            -against-

CHRISTOPHER MCCROBIE,

                                  Defendant.
-------------------------------------------------------------X

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    ]
                           ] ss.:
COUNTY OF SUFFOLK   ]

        **Solita Taylor-Washington** deposes and says:

        Deponent is not a party to this action is over 18 years of age and resides in Bronx, NY 10462.

        On the 22nd day of May, 2018, deponent served the within

### NOTICE OF ENTRY OF AN ORDER

Upon the following attorney:

TO:    SETH J. ANDREWS, ESQ.
        LAW OFFICES OF KENNETH HILLER, PLLC
        *Attorney for Defendant/Judgment Debtor*
        6000 NORTH BAILEY AVENUE, SUITE 1A
        AMHERST, NY 14226

the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid, first-class regular mail wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

                                                                           Solita Taylor-Washington

*Sworn to before me this*
22nd *day of* May, 2018

NOTARY PUBLIC

                              BRYAN C. BRYKS
                      Notary Public-State of New York
                          No. 01BR6182323
                      Qualified in Queens County
          My Commission Expires February 25, 2020

Index No.: CV-007295-06/BU

CITY COURT OF BUFFALO
COUNTY OF ERIE
-------------------------------------------------------------------X
CENTURION CAPITAL CORPORATION
~~ASSIGNEE OF PROVIDIAN FINANCIAL,~~

                                Plaintiff,

                    -*against*-

CHRISTOPHER MCCROBIE,

                               Defendant.

### NOTICE OF ENTRY OF AN ORDER

**HOUSLANGER & ASSOCIATES, PLLC**
Attorneys At Law
372 New York Avenue
Huntington, NY 11743
Tel. (631) 427-1140
Fax. (631) 427-1143
Our File No.: 168100

---

Service of a copy of the within is hereby admitted

Dated:

To:

Attorney(s) for

STATE OF NEW YORK
BUFFALO CITY COURT: COUNTY OF ERIE

---

CENTURION CAPITAL CORPORATION,

                          Plaintiff,        **ORDER**

-vs-

                                         Index No. 007295-06

CHRISTOPHER MCCROBIE,

                          Defendant.

---

    On May 22, 2017 the undersigned issued a Decision and Order denying defendant's motion to vacate the default judgment which had been entered in this case on March 9, 2007. On June 22, 2017 defendant filed a notice of appeal, and on June 30, 2017, he filed a motion to reargue the May 22nd decision. Oral argument of the motion was heard before another Judge of this Court, Hon. Kevin J. Keane, who on that date was presiding in Special Term. Judge Keane reserved decision and ordered a transcript of the oral argument.

    Pursuant to CPLR §2221(a), a motion to reargue must be made before the Judge who issued the decision sought to be changed. By letter of March 26, 2018 this Court notified counsel for both parties of its intention to review the transcript of oral argument and render a decision thereon unless objection was made thereto within ten (10) days. Having received no such objection, the Court has now reviewed the papers submitted in support of and opposition to the motion to reargue, considered the oral argument heard before Judge Keane and has had due deliberation thereon. Having found no matters of fact or law overlooked or misapprehended in the determination of the prior motion to vacate the default judgment, it is hereby

    ORDERED, ADJUDGED and DECREED that defendant's motion to reargue be and the same hereby is in all respects DENIED.

Dated:      Buffalo, New York
              April 26, 2018

                                            _____
                                            HON. BETTY CALVO-TORRES, BCCJ