# Exhibit P

FILED
06/23/2017  11:52:46
ERIE COUNTY CLERK
RCPT # 17108849
NA2017700030

RECEIVED
2017 JUN 23 PM 12: 04

STATE OF NEW YORK
BUFFALO CITY COURT: COUNTY OF ERIE

---

CENTURION CAPITAL CORPORATION,

                                                Plaintiff,             **NOTICE OF APPEAL**

v.

                                                                               Index No.: 007295/06

CHRISTOPHER MCCROBIE,

                                               Defendant.

---

**PLEASE TAKE NOTICE** that Defendant Christopher Mccrobie hereby appeals to the Erie County Court from the Decision and Order of the Honorable Betty-Calvo Torres, granted on May 22, 2017 with Notice of Entry of said Decision and Order served on Defendant's counsel May 26, 2017, and that Defendant appeals from every part thereof.

DATED:    Amherst, New York
                June 22, 2017

/s/ Seth Andrews
Seth Andrews, Esq.
Law Offices of Kenneth Hiller, PLLC
Attorneys for the Defendant
6000 North Bailey Avenue, Ste. 1A
Amherst, NY 14226
(716) 564-3288
Email: sandrews@kennethhiller.com

STATE OF NEW YORK
BUFFALO CITY COURT COUNTY OF ERIE

RECEIVED
2017 JUN 23 PM 12: 04

CENTURION CAPITAL CORPORATION,

v.

Index # 007295/06

CHRISTOPHER MCCROBIE,

## CERTIFICATE OF SERVICE

I, Gretchen Berger, certify that on June 23, 2017, I served Defendant's Notice of Appeal on to:

**Todd Houslanger, Esq.
Houslanger & Associates, PLLC
372 New York Avenue
Huntington, New York 11743**

at the address designated by them for that purpose by depositing a true copy of same in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Under penalty of perjury, I declare that the foregoing is true and correct.

DATE:   June 23, 2017
        Amherst, New York

Gretchen Berger
Case Manager
Law Offices of Kenneth Hiller, PLLC
Attorneys for Plaintiff
6000 N. Bailey Avenue – Suite 1A
Amherst, New York 14226

# REQUEST FOR JUDICIAL INTERVENTION
UCS-840 (7/2012)

**For Court Clerk Use Only:**
IAS Entry Date: _____
Judge Assigned: _____
RJI Date: _____

County: _____ COURT, COUNTY OF Erie

Index No: _____ Date Index Issued: _____

**CAPTION:** Enter the complete case caption. Do not use et al or et ano. If more space is required, attach a caption rider sheet.

CENTURION CAPITAL CORPORATION

FILED
06/23/2017/ 11:52:46
ERIE COUNTY CLERK
RCPT # 17108849
NA2017700030

Plaintiff(s)/Petitioner(s)

-against-

CHRISTOPHER MCCROBIE

Defendant(s)/Respondent(s)

**NATURE OF ACTION OR PROCEEDING:** Check ONE box only and specify where indicated.

**MATRIMONIAL**
- ◯ Contested
  NOTE: For all Matrimonial actions where the parties have children under the age of 18, complete and attach the MATRIMONIAL RJI Addendum. For Uncontested Matrimonial actions, use RJI form UD-13.

**TORTS**
- ◯ Asbestos
- ◯ Breast Implant
- ◯ Environmental: _____ (specify)
- ◯ Medical, Dental, or Podiatric Malpractice
- ◯ Motor Vehicle
- ◯ Products Liability: _____ (specify)
- ◯ Other Negligence: _____ (specify)
- ◯ Other Professional Malpractice: _____ (specify)
- ◯ Other Tort: _____ (specify)

**COMMERCIAL**
- ◯ Business Entity (including corporations, partnerships, LLCs, etc.)
- ⦿ Contract
- ◯ Insurance (where insurer is a party, except arbitration)
- ◯ UCC (including sales, negotiable instruments)
- ◯ Other Commercial: _____ (specify)

NOTE: For Commercial Division assignment requests [22 NYCRR § 202.70(d)], complete and attach the COMMERCIAL DIV RJI Addendum.

**REAL PROPERTY:** How many properties does the application include? _____
- ◯ Condemnation
- ◯ Mortgage Foreclosure (specify): ◯ Residential ◯ Commercial
  Property Address: _____ Street Address / City / State / Zip
  NOTE: For Mortgage Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the FORECLOSURE RJI Addendum.
- ◯ Tax Certiorari - Section: _____ Block: _____ Lot: _____
- ◯ Tax Foreclosure
- ◯ Other Real Property: _____ (specify)

**OTHER MATTERS**
- ◯ Certificate of Incorporation/Dissolution [see NOTE under Commercial]
- ◯ Emergency Medical Treatment
- ◯ Habeas Corpus
- ◯ Local Court Appeal
- ◯ Mechanic's Lien
- ◯ Name Change
- ◯ Pistol Permit Revocation Hearing
- ◯ Sale or Finance of Religious/Not-for-Profit Property
- ◯ Other: _____ (specify)

**SPECIAL PROCEEDINGS**
- ◯ CPLR Article 75 (Arbitration) [see NOTE under Commercial]
- ◯ CPLR Article 78 (Body or Officer)
- ◯ Election Law
- ◯ MHL Article 9.60 (Kendra's Law)
- ◯ MHL Article 10 (Sex Offender Confinement-Initial)
- ◯ MHL Article 10 (Sex Offender Confinement-Review)
- ◯ MHL Article 81 (Guardianship)
- ◯ Other Mental Hygiene: _____ (specify)
- ◯ Other Special Proceeding: _____ (specify)

**STATUS OF ACTION OR PROCEEDING:** Answer YES or NO for EVERY question AND enter additional information where indicated.

| | YES | NO | |
|---|---|---|---|
| Has a summons and complaint or summons w/notice been filed? | ◯ | ◯ | If yes, date filed: _____ |
| Has a summons and complaint or summons w/notice been served? | ◯ | ◯ | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | ◯ | ◯ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION:** Check ONE box only AND enter additional information where indicated.

- ○ Infant's Compromise
- ○ Note of Issue and/or Certificate of Readiness
- ○ Notice of Medical, Dental, or Podiatric Malpractice — Date Issue Joined: _____
- ○ Notice of Motion — Relief Sought: _____ — Return Date: _____
- ○ Notice of Petition — Relief Sought: _____ — Return Date: _____
- ○ Order to Show Cause — Relief Sought: _____ — Return Date: _____
- ○ Other Ex Parte Application — Relief Sought: _____
- ○ Poor Person Application
- ○ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ● Other (specify): APPEAL

**RELATED CASES:** List any related actions. For Matrimonial actions, include any related criminal and/or Family Court cases. If additional space is required, complete and attach the RJI Addendum. If none, leave blank.

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant Case |
|---|---|---|---|---|
| Centurion Capital Corportation v. Christopher McCrobie | 007295/06 | Buffalo City Court | Betty Calvo-Torres | Case on Appeal |

**PARTIES:** For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in space provided. If additional space is required, complete and attach the RJI Addendum.

| Un-Rep | Parties | Attorneys and/or Unrepresented Litigants | Issue Joined (Y/N) | Insurance Carrier(s) |
|---|---|---|---|---|
| ☐ | CENTURION CAPITAL CORPORATION<br>Primary Role: Plaintiff | Houslanger, Todd<br>HOUSLANGER & ASSOCIATES, PLLC<br>372 New York Avenue, Huntington, New York 11743<br>Phone: 6314271140  Fax: 6314271143 | ○ YES<br>○ NO | |
| ☐ | MCCROBIE, CHRISTOPHER<br>Primary Role: Defendant | Andrews, Seth<br>LAW OFFICES OF KENNETH HILLER, PLLC<br>6000 North Bailey Ave, Suite 1A, Amherst, New York 14226<br>Phone: 7165643288  Fax: 7163321884  e-mail: sandrews@kennethhiller.com | ○ YES<br>○ NO | |
| ☐ | | | ○ YES<br>○ NO | |
| ☐ | | | ○ YES<br>○ NO | |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.

Dated: 06/22/2017

ATTORNEY REGISTRATION NUMBER: 4283037

SIGNATURE / Seth J. Andrews, Esq.
PRINT OR TYPE NAME

Print Form

STATE OF NEW YORK
BUFFALO CITY COURT COUNTY OF ERIE

---

CENTURION CAPITAL CORPORATION,

    Plaintiff,

v.                                   Index No. NA2017700030

CHRISTOPHER MCCROBIE,

    Defendant.

---

## NOTICE OF APPEAL

LAW OFFICES OF KENNETH HILLER
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, NY 14226

Telephone: (716) 564-3288
Facsimile: (716) 332-1884