# Exhibit Q

PRESENT: HON. JAMES F. BARGNESI, J.C.C.

STATE OF NEW YORK : COUNTY OF ERIE
COUNTY OF ERIE : APPELLATE TERM

---

Centurion Capital Corporation,
          Plaintiff/Respondent

**ORDER**
Appeal No.: NA2017/700030

vs.

Christopher McCrobie,
          Defendant/Appellant

---

Upon appellant, Christopher McCrobie,'s Notice of Appeal filed on June 23, 2017, seeking reversal of a judgment of Buffalo City Court, (Calvo, J), entered on or about May 23, 2017, and

Upon appellant, Christopher McCrobie,'s Notice of Motion filed on March 23, 2018 seeking and extension of sixty (60) days to perfect this Appeal and

Said motion was heard on May 18, 2018, after which the Court granted an extension of ninety (90) days from the Order date to perfect;

Now as of September 5, 2018, it appearing to the satisfaction of this Court that the appellant has failed to perfect said appeal for a period of over fourteen (14) months including the ninety (90) day extension granted by this Court, which expired on or about August 20, 2018, and this matter was heard on the Court's own motion on September 5, 2018 and upon due deliberation, it is hereby:

**ORDERED,** that said appeal is *dismissed* for a failure to timely perfect same.

**Dated:**    Buffalo, New York
             September 5, 2018

                                JAMES F. BARGNESI, J.C.C.

*RECEIVED BUFFALO CITY COURT 2018 SEP 10 AM 10:07*