UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CHRISTOPHER MCCROBIE,

                              Plaintiff,

v.                                           1:15-cv-00018-LJV-MJR

PALISADES ACQUISITION XVI, LLC;
HOUSLANGER & ASSOCIATES, PLLC;
TODD HAUSLANGER

                              Defendants.

_____

**Affirmation of Timothy Hiller in Further Support of Plaintiff's Motion to Amend His Complaint**

1. Plaintiff inadvertently did not include a redlined copy of the proposed Second Amended Complaint in its motion to amend. Although the redlined complaint is referred to in Plaintiff's affidavit, it was inadvertently not filed.

2. A redlined copy is hereby attached to this affirmation.

                                          */s/ Timothy Hiller, Esq.*
                                          Timothy Hiller, Esq.
                                          Seth Andrews, Esq.
                                          Kenneth Hiller, Esq.
                                          Law Offices of Kenneth Hiller, PLLC
                                          *Attorneys for the Plaintiff*
                                          6000 North Bailey Ave., Suite 1A
                                          Amherst, NY 14226
                                          (716) 564-3288
                                          Email:   thiller@kennethhiller.com

                                          Brian L. Bromberg
                                          Jonathan R. Miller
                                          Bromberg Law Office, P.C.
                                          26 Broadway, 21st Floor
                                          New York, NY 10004

(212) 248-7906