UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTOPHER MCCROBIE,

                Plaintiff,

      v.                                          15-cv-00018-LJV-MJR

PALISADES ACQUISITION XVI, LLC;
HOUSLANGER & ASSOCIATES, PLLC;
TODD HOUSLANGER,

                Defendants.
_____

# PLAINTIFFS' NOTICE OF MOTION TO EXTEND DEADLINE FOR PLAINTIFF TO REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO AMEND COMPLAINT AND TO ADJOURN THE DATE FOR ORAL ARGUMENT

      Upon the accompanying Declaration of Brian L. Bromberg, dated May 10, 2019, Plaintiff move to extend Plaintiff's deadline to reply to Defendants' opposition papers on Plaintiff's Motion to Amend from today until June 7, 2019, and to adjourn the oral-argument date of May 15, 2019 to June 12, 2019. Plaintiff is making this motion because the undersigned has been given very short notice in which to vacate his office because of the termination of the over-lease and, together with an entire office floor of attorneys and support staff, the undersigned has been preoccupied with finding new space.

      One defendant, Palisades Acquisition XVI, LLC, has consented. Counsel for the other two defendants, Houslanger & Associates, PLLC, and Todd Houslanger, is out of the country and has not responded to email.

Because the case law is quite well established regarding extensions, Plaintiff asks that the Court forgo the requirement of a separate memorandum.

Dated: May 10, 2019

/s/ Brian L. Bromberg
Brian L. Bromberg
Bromberg Law Office, P.C.
*Attorneys for Plaintiffs*
26 Broadway, 21st Floor
New York, New York 10004
(212) 248-7906
brian@bromberglawoffice.com