UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CHRISTOPHER MCCROBIE,

                    Plaintiff,

          v.                                              15-cv-00018-LJV-MJR

PALISADES ACQUISITION XVI, LLC;
HOUSLANGER & ASSOCIATES, PLLC;
TODD HOUSLANGER,

                    Defendants.

_____

## Certificate of Service

I, Brian L. Bromberg, an attorney, hereby certify that on May 10, 2019, the

foregoing documents were filed with the Clerk of the Court and served in

accordance with the Federal Rules of Civil Procedure, and/or the Western District's

Local Rules, and/or the Western District's Rules on Electronic Service upon the

following parties and participants:

Glenn M. Fjermedal

Hilary F. Korman

Jonathan R. Miller

Kenneth R. Hiller

Scott Evan Wortman

Seth Andrews

Timothy Hiller

Dated: May 10, 2019                            /s/ Brian L. Bromberg
        New York, New York                        Brian L. Bromberg