UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTOPHER MCCROBIE

                              Plaintiff,

v.                                          Civil Action No. 1:15-cv-0018

PALISADES ACQUISITION XVI, LLC AND
HOUSLANGER & ASSOCIATES, PLLC AND
TODD HOUSLANGER

                              Defendants.

---
,

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO DEEM DOCKET ENTRY 88-1 AS HAVING BEEN FILED WITH PLAINTIFF'S MOTION TO AMEND NUNC PRO TUNC AND FOR LEAVE TO RE-FILE THE EXHIBITS TO PLAINTIFF'S COMPLAINT.**

PLEASE TAKE NOTICE that upon the annexed affidavit and memorandum of law, Plaintiff, by and through its counsel Timothy Hiller will move this court for an order which:

1. Deems the redlined copy of Plaintiff's Proposed Amended Complaint, filed at Dkt#88-1, as having been included with the original motion to amend at Dkt#82, *nunc pro tunc*.

2. Permits Plaintiff leave to correct the exhibits attached to the motion at Dkt#82.

Plaintiff intends to file a reply given that Defendant Palisades indicates that it intends to oppose this motion.

Dated: May 15, 2019

                                                              /s/Timothy Hiller
                                                              Timothy Hiller, Esq.
                                                              Law Offices of Kenneth Hiller PLLC
                                                              *Attorneys for the Plaintiffs*
                                                              6000 North Bailey Avenue, Ste. 1A
                                                              Amherst, NY 14226

(716) 564-3288  
Email: thiller@kennethhiller.com