UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____x
CHRISTOPHER MCCROBIE,  :
    :
                Plaintiff  :
    :
-against-   :
    :
    :
    :  No. 15-CV-18 (LJV)(MJR)
PALISADES ACQUISITION XVI, LLC, et al.,  :
    :
                Defendant(s),  :
_____x

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

    Please take notice of the following attorney information change(s) for: BRIAN LEWIS BROMBERG

OLD INFO:    FIRM NAME: Bromberg Law Office, P.C.
           FIRM ADDRESS: 26 Broadway, 21st Floor, NY, NY 10004
           FIRM TELEPHONE NUMBER: 212-248-7906
           FIRM FAX NUMBER: 212-248-7908

NEW INFO:    FIRM NAME: Bromberg Law Office, P.C.
           FIRM ADDRESS: 26 Broadway, **27th Floor**, NY, NY 10004
           FIRM TELEPHONE NUMBER: 212-248-7906
           FIRM FAX NUMBER: 212-248-7908

Dated: June 2, 2019

                        /s/ Brian Lewis Bromberg
                        Brian Lewis Bromberg