**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

CHRISTOPHER MCCROBIE,

                        15-CV-0018-LJV-MJR

               Plaintiff,

    -against-                  **NOTICE OF CHANGE OF**
                                                 **ADDRESS**

PALISADES ACQUISITION XVI, LLC
HOUSLANGER & ASSOCIATES, PLLC and
TODD HOUSLANGER,

               Defendants.

-----------------------------------------------------------------X

**PLEASE TAKE NOTICE THAT** Blank Rome LLP has relocated its New York office. The new address is:

BLANK ROME LLP
1271 Avenue of the Americas
New York, New York  10020

The telephone numbers, fax number and e-mail addresses remain the same.

Dated:  New York, New York
        June 7, 2019

BLANK ROME LLP

By:   */s/ Hilary F. Korman*
       Hilary F. Korman
       Attorneys for Defendant
       *Palisades Acquisition XVI, LLC*
       1271 Avenue of the Americas
       New York, NY  10020