UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER MCCROBIE,

                              Plaintiff,

-against-

PALISADES ACQUISITION XVI, LLC
HOUSLANGER & ASSOCIATES, PLLC and
TODD HOUSLANGER,

                              Defendants.
------------------------------------------------------------X

15-CV-0018-LJV-MJR

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE THAT** Blank Rome LLP has relocated its New York office. The new address is:

BLANK ROME LLP
1271 Avenue of the Americas
New York, New York 10020

The telephone numbers, fax number and e-mail addresses remain the same.

Dated: New York, New York
        June 7, 2019

BLANK ROME LLP

By: */s/ Scott E. Wortman*
     Scott E. Wortman
     Attorneys for Defendant
     *Palisades Acquisition XVI, LLC*
     1271 Avenue of the Americas
     New York, NY 10020