# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

*Phone:*  (212) 885-5118
*Fax:*  (917) 332-3078
*Email:*  hkorman@blankrome.com

June 10, 2019

**By ECF**
Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

  Re: *McCrobie v. Houslanger & Associates et al.*
    Case No. 15-cv-00018-LJV-MJR
    <u>Request for Adjournment of June 17, 2019 Oral Argument – On Consent</u>

Dear Judge Vilardo,

  This office represents co-defendant Palisades Acquisition XVI, LLC ("Palisades"). Please accept this letter as Palisades' application for an adjournment of the June 17, 2019 oral argument of Plaintiff's Second Motion to Amend [DE 82] (the "Motion").

  Plaintiff sought two extensions of time to reply to Defendants' opposition to the Motion. The latest extension was granted on June 6, 2019 [DE 100], and Plaintiff's time to resply was extended to June 11, 2019. However, the June 11, 2019 oral argument date was not adjusted. Because there are only three (3) business days between the date in which Plaintiff's reply is due and the oral argument date, Palisades requires an adjournment of the oral argument date in order to adequately prepare for the argument and to allot time for its counsel to travel to Buffalo for the argument. The parties have consented to this request, and are available for argument on or after <u>July 16, 2019</u>, or as is convenient for the Court.

  Thank you for your consideration.

                Very truly yours,

                /s/ *Hilary F. Korman*

cc: <u>By ECF</u>
   All Counsel of Record