UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTOPHER MCCROBIE,

                Plaintiff,

      v.                                          15-cv-00018-LJV-MJR

PALISADES ACQUISITION XVI, LLC;
HOUSLANGER & ASSOCIATES, PLLC;
TODD HOUSLANGER,

                Defendants.
_____


## PLAINTIFFS' NOTICE OF MOTION TO EXTEND DEADLINES FOR PLAINTIFF TO REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO PENDING MOTIONS

      Upon the accompanying Declaration of Brian L. Bromberg, dated June 11, 2019, Plaintiff moves to extend Plaintiff's deadline to reply to Defendants' opposition papers on Plaintiff's pending motions from June 11, 2019 until June 21, 2019, contingent upon the Court granting Defendants' motion to adjourn oral argument to a date on or after July 16, 2019. Plaintiff is making this motion because, on Sunday night, while in the process of adjusting some of the settings on his file server, the undersigned accidentally deleted almost all the office's files, some of which go back 20 years. Since then, the undersigned been working non-stop on restoring the files from a cloud backup.

Because the case law is well-established regarding extensions, Plaintiff asks that the Court forgo the requirement of a separate memorandum.

Dated:  June 11, 2019

/s/ Brian L. Bromberg
Brian L. Bromberg
Bromberg Law Office, P.C.
*Attorneys for Plaintiffs*
26 Broadway, 27th Floor
New York, New York 10004
(212) 248-7906
brian@bromberglawoffice.com