UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTOPHER MCCROBIE,

                Plaintiff,

             v.                                  15-cv-00018-LJV-MJR

PALISADES ACQUISITION XVI, LLC;
HOUSLANGER & ASSOCIATES, PLLC;
TODD HOUSLANGER,

                Defendants.
_____

## Certificate of Service

    I, Brian L. Bromberg, an attorney, hereby certify that on June 11, 2019, the foregoing documents were filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Western District's Local Rules, and/or the Western District's Rules on Electronic Service upon the following parties and participants:

Glenn M. Fjermedal

Hilary F. Korman

Jonathan R. Miller

Kenneth R. Hiller

Scott Evan Wortman

Seth Andrews

Timothy Hiller

Dated: June 11, 2019                                      /s/ Brian L. Bromberg
      New York, New York                        Brian L. Bromberg