UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER MCCROBIE, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> PALISADES ACQUISITION XVI, LLC, ASTA FUNDING, INC., HOUSLANGER & ASSOCIATES, PLLC, and TODD HOUSLANGER, <br><br> Defendants. | No. 15-cv-0018-LJV-MJR <br><br> NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS |

**PLEASE TAKE NOTICE,** that the undersigned hereby appears in the above-captioned proceeding as attorneys for Defendants, PALISADES ACQUISTION XVI and ASTA FUNDING, INC.

**PLEASE TAKE FURTHER NOTICE,** that demand is hereby made that notice of all future proceedings in the above-captioned matter be served upon:

**Blank Rome LLP**
**1700 PNC Center**
**201 East Fifth Street**
**Cincinnati, OH 45202**

Dated: Cincinnati, Ohio
       February 24, 2020                   BLANK ROME LLP

                                           /s/ William L. Purtell
                                           William L. Purtell, Esq.
                                           1700 PNC Center
                                           201 East Fifth Street
                                           Cincinnati, Ohio 45202
                                           *Attorneys for Defendants, Palisades*
                                           *Acquistion XVI and Asta Funding, INC.*

152157.00601/122645392v.1