UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHRISTOPHER MCCROBIE,
Individually, and on behalf of all others similarly situated

                                     Civ. Action No. 1:15-cv-00018(LJV)(MJR)

                        Plaintiff,

                                     **NOTICE OF APPEARANCE**

   -against-

PALISADES ACQUISITION XVI, LLC,
ASTA FUNDING, INC. HOUSLANGER &
ASSOCIATES, PLLC, AND TODD E.
HOUSLANGER,

                        Defendants.
-------------------------------------------------------------x

To the Clerk of the Court and all parties of record:

     Please enter my appearance in this case for Defendants Houslanger & Associates, PLLC and Todd E. Houslanger. I certify that I am admitted to practice in this Court.

Dated: New York, New York
          March 13, 2020

                                              RIVKIN RADLER LLP

                                             *Attorneys for Defendants*
                                             *Houslanger & Associates, PLLC and*
                                             *Todd E. Houslanger*

                       By: _____
                                   Michelle Vizzi
                                   477 Madison Ave., 20th Floor
                                   New York, New York 10022-5843
                                   Tel: (212) 455-9555
                                   Fax: (212) 687-9044
                                   Email: michelle.vizzi@rivkin.com