UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTOPHER MCCROBIE,

                Plaintiff,

        v.                                      15-cv-00018-LJV-MJR

PALISADES ACQUISITION XVI, LLC;
HOUSLANGER & ASSOCIATES, PLLC;
TODD HOUSLANGER,

                Defendants.
_____

## PLAINTIFFS' NOTICE OF MOTION FOR A THREE-MONTH EXTENSION OF PRE-TRIAL DEADLINES

Upon the accompanying memorandum of law and Declaration of Brian L. Bromberg, dated June 23, 2020, with exhibit, Plaintiff moves, under Fed. R. Civ. P. 16(b)(4), for a three-month extension of all pre-trial deadlines set forth in Your Honor's Case Management Order, dated November 19, 2019 (Dkt. 129).

Dated: June 23, 2020

                                              /s/ Brian L. Bromberg
                                              Brian L. Bromberg
                                              Bromberg Law Office, P.C.
                                              *Attorneys for Plaintiffs*
                                              26 Broadway, 27th Floor
                                              New York, New York 10004
                                              (212) 248-7906
                                              brian@bromberglawoffice.com