UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------x
CHRISTOPHER MCCROBIE,                         :
                                              :
                    Plaintiff                 :
                                              :
        -against-                             :
                                              : No. 15-cv-00018 (LJV)(MJR)
PALISADES ACQUISITION XVI, LLC, et al.,       :
                                              :
                    Defendant(s),             :
------------------------------x


TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

   Please take notice of the following attorney information change(s) for:

BRIAN LEWIS BROMBERG


OLD INFO:  FIRM NAME: Bromberg Law Office, P.C.
           FIRM ADDRESS: 26 Broadway, 27th Floor, NY, NY 10004
           FIRM TELEPHONE NUMBER: 212-248-7906
           FIRM FAX NUMBER: 212-248-7908


NEW INFO:  FIRM NAME: Bromberg Law Office, P.C.
           FIRM ADDRESS: 352 Rutland Road #1, Brooklyn, NY 11225
           FIRM TELEPHONE NUMBER: 212-248-7906
           FIRM FAX NUMBER: 212-248-7908


Dated: December 15, 2020

                                   /s/ Brian Lewis Bromberg
                                   Brian Lewis Bromberg