UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHRISTOPHER MCCROBIE,

        Plaintiff,

v.                                         15-cv-00018-LJV-MJR

PALISADES ACQUISITION XVI, LLC;
ASTA FUNDING, INC.; HOUSLANGER
& ASSOCIATES, PLLC; and TODD
HOUSLANGER,

        Defendants.

---

I, Christopher McCrobie, do hereby declare under penalty of perjury, that the following is true and correct:

1. I am over the age of 18 years.

2. I am making the following statements based on personal knowledge.

3. The Defendants in this action took money from my bank account through an income execution.

4. Although Defendants later returned the money they took from me, they did not compensate me for the period of time in which I did not have access to that money.

Dated: July 25, 2021

_____
Christopher McCrobie

1