UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTOPHER MCCROBIE,

                Plaintiff,

        v.                                  15-cv-00018-LJV-MJR

PALISADES ACQUISITION XVI, LLC;
ASTA FUNDING, INC.; HOUSLANGER
& ASSOCIATES, PLLC; and TODD
HOUSLANGER,

                Defendants.
_____

      Under 28 U.S.C. § 1746, I, Brian L. Bromberg, do hereby declare under penalty of perjury, that the following is true and correct:

      1.      I am a principal of the Bromberg Law Office, P.C.

      2.      I am submitting this Declaration in support of Plaintiff's motion for class certification and appointment of class counsel.

      3.      Attached as <u>Exhibit A</u> to this declaration is a true and correct copy of a portion of Asta Funding, Inc.'s Form 10-K for the Fiscal Year ending September 30, 2019, Bates numbered PA_004005, 004078.

      Under 28 U.S.C. § 1746, I, Brian L. Bromberg, do hereby certify under penalties of perjury, that the above statements are true and correct to the extent they reflect my personal knowledge and otherwise are based upon my information and belief.

Dated:  Brooklyn, New York
           July 26, 2021

                                        /s/ Brian L. Bromberg
                                        Brian L. Bromberg