# Exhibit A

10-K 1 asta20190930_10k.htm FORM 10-K

[Table of Contents](#)

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D. C. 20549

# Form 10-K

☑  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended September 30, 2019

OR

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from                    to

Commission file number: 001-35637

# ASTA FUNDING, INC.

*(Exact Name of Registrant as Specified in its Charter)*

| **Delaware** | **22-3388607** |
|---|---|
| *(State or Other Jurisdiction of Incorporation or Organization)* | *(I.R.S. Employer Identification No.)* |

| **210 Sylvan Avenue, Englewood Cliffs, NJ** | **07632** |
|---|---|
| *(Address of Principal Executive Offices)* | *(Zip Code)* |

Registrant's telephone number, including area code: (201) 567-5648

*Securities registered pursuant to Section 12(b) of the Exchange Act:*

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $.01 per share | ASFI | NASDAQ Global Select Market |

*Securities registered pursuant to Section 12(g) of the Act: None*

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act

Yes  ☐        No  ☑

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act

Yes  ☐        No  ☑

[Table of Contents]

## ASTA FUNDING, INC. AND SUBSIDIARIES

### Consolidated Balance Sheets

|  | September 30, 2019 | September 30, 2018 |
|---|---:|---:|
| **ASSETS** | | |
| Cash and cash equivalents | $ 4,308,000 | $ 6,284,000 |
| Available-for-sale debt securities (at fair value) | 56,123,000 | 38,054,000 |
| Investments in equity securities (at fair value) | 8,136,000 | — |
| Consumer receivables acquired for liquidation (at cost) | 1,668,000 | 3,749,000 |
| Investment in personal injury claims, net | 5,190,000 | 10,745,000 |
| Due from third party collection agencies and attorneys | 596,000 | 755,000 |
| Accounts receivable, net | 266,000 | — |
| Prepaid and income taxes receivable, net | 264,000 | 5,387,000 |
| Furniture and equipment (net of accumulated depreciation of $1,914,000 at September 30, 2019 and $1,821,000 at September 30, 2018) | 120,000 | 100,000 |
| Equity method investment | 280,000 | 236,000 |
| Note receivable | — | 4,313,000 |
| Settlement receivable | 1,558,000 | 3,339,000 |
| Deferred income taxes | 9,631,000 | 9,333,000 |
| Goodwill | 1,410,000 | 1,410,000 |
| Other assets | 1,135,000 | 1,003,000 |
| Total assets | $ 90,685,000 | $ 84,708,000 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Accounts payable and accrued expenses | $ 941,000 | $ 2,281,000 |
| Income taxes payable | 575,000 | — |
| | 1,516,000 | 2,281,000 |
| Commitments and contingencies | | |
| | | |
| **STOCKHOLDERS' EQUITY** | | |
| Preferred stock, $.01 par value; authorized 5,000,000; issued and outstanding - none | — | — |
| Preferred stock, Series A Junior Participating, $.01 par value; authorized 30,000 shares; issued and outstanding - none | — | — |
| Common stock, $.01 par value, authorized 30,000,000 shares; issued 13,459,708 at September 30, 2019 and 2018; and outstanding 6,567,765 at September 30, 2019 and 6,685,415 at September 30, 2018 | 135,000 | 135,000 |
| Additional paid-in capital | 68,558,000 | 68,551,000 |
| Retained earnings | 88,172,000 | 80,834,000 |
| Accumulated other comprehensive income, net of income taxes | 276,000 | 35,000 |
| Treasury stock (at cost), 6,891,943 shares at September 30, 2019 and 6,774,293 shares at September 30, 2018 | (67,972,000) | (67,128,000) |
| Total stockholders' equity | 89,169,000 | 82,427,000 |
| | | |
| Total liabilities and stockholders' equity | $ 90,685,000 | $ 84,708,000 |

See notes to accompanying consolidated financial statements

F-3