UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
CHRISTOPHER MCCROBIE, individually, and on behalf of all other similarly situated,

                Plaintiff,

                -against-

PALISADES ACQUISITION XVI, LLC, ASTA FUNDING, INC., HOUSLANGER & ASSOCIATES, PLLC and TODD HOUSLANGER,

                Defendants.
---------------------------------------------------------------X

Case No. 15-CV-0018-LJV-MJR

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Hilary Korman, of the law firm Blank Rome LLP, hereby appears in the above-captioned matter on behalf of Palisades Acquisition XVI, LLC and Asta Funding, Inc. (the "Palisades Defendants") and requests that a copy of all notices and other papers in the proceeding be served upon the undersigned.

Dated: New York, New York
       March 16, 2022

                                     **BLANK ROME LLP**
                                     *Attorneys for Defendants Palisades*
                                     *Acquisition XVI, LLC and Asta Funding, Inc.*

                            By:   */s/ Hilary F. Korman*
                                   Hilary F. Korman
                                   1271 Avenue of the Americas
                                   New York, NY 10020
                                   (212) 885-5118
                                   hkorman@blankrome.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 16, 2022, a copy of the foregoing Notice of Appearance was caused to be served upon all parties and participants through the Court's CM/ECF system.

**BLANK ROME LLP**
*Attorneys for Defendants Palisades Acquisition XVI, LLC and Asta Funding, Inc.*

By: */s/ Hilary F. Korman*
      Hilary F. Korman
      1271 Avenue of the Americas
      New York, NY 10020
      (212) 885-5118
      hkorman@blankrome.com

522882.00601/121863505v.2