# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER MCCROBIE, *individually, and on behalf of all others similarly situated*,<br>　　　　　　　　　Plaintiff,<br>v.<br>PALISADES ACQUISITION XVI, LLC, ASTA FUNDING, INC., HOUSLANGER & ASSOCIATES, PLLC, and TODD HOUSLANGER,<br>　　　　　　　　　Defendants. | No. 15-cv-00018-LJV-MJR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that pursuant to Loc. R. Civ. P. 83.2(c)(3) the undersigned files this Notice Of Withdrawal of Scott E. Wortman as attorney of record for Defendants Palisades Acquisition XVI, LLC and Asta Funding, Inc. (collectively, the "Palisades Defendants"), specifically affirming that **(a)** as of November 21, 2024, Mr. Wortman will no longer be affiliated with Blank Rome LLP – the law firm representing the Palisades Defendants; **(b)** Mr. Wortman should be removed from the docket as counsel of record for the Palisades Defendants; and **(c)** the undersigned remains affiliated with Blank Rome LLP and is counsel of record for the Palisades Defendants.

Dated: November 14, 2024　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　**BLANK ROME LLP**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Hilary F. Korman*　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　Hilary F. Korman
　　　　　　　　　　　　　　　　　　　　　　1271 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 885-5118
　　　　　　　　　　　　　　　　　　　　　　Email: hilary.korman@blankrome.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Palisades Acquisition XVI, LLC and Asta Funding, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2024, a copy of the foregoing Notice of Withdrawal of Counsel was served upon the following parties and participants through the Court's CM/ECF system:

Jonathan B. Bruno
jonathan.bruno@rivkin.com

Brian L. Bromberg
Brian@bromberglawoffice.com

Kenneth R. Hiller
khiller@hillercomerford.com

Seth Andrews
sandrews@theandrewsfirm.com

Timothy Hiller
thiller@hillercomerford.com

                                      */s/ Hilary F. Korman*
                                      Hilary F. Korman

                                      *Counsel for Palisades Acquisition XVI, LLC*
                                      *and Asta Funding, Inc.*